IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-20259 CMB |
| Robert V. Glentzer | ) | |
| Karolina Glentzer, | ) | |
| | ) | Chapter 11 |
| Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Christopher M. Frye, Esquire and | ) | |
| Steidl and Steinberg, P.C., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**SUMMARY COVER SHEET ON APPLICATION FOR
PROFESSIONAL FEES AND EXPENSES IN CHAPTER 11
REORGANIZATION PROCEEDING FILED BY CHRISTOPHER M. FRYE,
ESQUIRE AND STEIDL AND STEINBERG, P.C.**

TO ALL CREDITORS AND PARTIES IN INTEREST:

    1.    Applicant is Christopher M. Frye, Esquire and Steidl and Steinberg, P.C. ("Applicant") who represents Robert and Karolina Glentzer, Debtors and Debtor-In-Possession in this proceeding. Applicant filed its application to be retained as counsel on January 24, 2020 and was appointed pursuant to an order of court entered on February 12, 2020.

    2.    This is a final application for the period of December 3, 2019 through February 16, 2021.

    3.    Previous interim compensation tentatively allowed to Applicant:    $ NONE

    4.    Applicant requests
Compensation of    $ 13,920.00
Reimbursement of Expenses of    $ 303.00

        **SUBTOTAL**    **$ 14,223.00**

5. Previous retainer paid to Applicant $ 5,000.00
   **BALANCE DUE** **$ 9,223.00**

6. No expenses or fees were previously requested, approved or paid the Applicant.

7. The hourly rate for the Application is $300.00 per hour for professional services and $100.00 per hour for clerical services.

8. Other factors bearing on this fee application: None, other than the fact that the legal work has enabled the Debtors to put forth a successful plan of reorganization which has unanimously accepted by the Debtors' creditors who voted and which is being fully complied with by the Debtors.

Respectfully submitted,

Dated: February 16, 2021

/s/Christopher M. Frye, Esq.
Christopher M. Frye, Esquire
PA Attorney I.D. No. 208402
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412-391-8000
chris.frye@steidl-steinberg.com
Applicant, Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-20259 CMB |
| Robert V. Glentzer | ) | |
| Karolina Glentzer, | ) | |
| | ) | Chapter 11 |
| Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Christopher M. Frye, Esquire and | ) | |
| Steidl and Steinberg, P.C., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AS COUNSEL FOR DEBTORS AND DEBTOR-IN-POSSESSION

Christopher M. Frye, Esquire and Steidl and Steinberg, P.C. (hereinafter referred "Applicant") respectfully represents:

1. On January 24, 2020, Applicant filed an Application to Be Employed as Counsel for the Debtors and was duly approved as Counsel for the Debtors and Debtor-In-Possession on February 12, 2020. A true and correct copy of said Order of Court is attached hereto as **EXHIBIT "1"**.

2. This application is for final compensation.

3. Prior to this time, Applicant has not filed any previous petitions for compensation with the Court.

4. Since December 3, 2019, Applicant has performed services on behalf of the abovenamed Debtor-In-Possession and a narrative summary thereof is attached hereto as **EXHIBIT "2"**.

5. A detailed listing of time and services performed by Applicant CMF as counsel on behalf of the abovenamed Debtors and Debtor-In-Possession is attached hereto, made a part hereto, and marked for identification as **EXHIBIT "3"**.

6. The professional services performed by Applicant as counsel on behalf of the abovenamed Debtors and Debtor-In-Possession have been summarized according to work performed thereon and the applicable billing rates are listed in **EXHIBIT "4"** attached hereto.

7. Counsel for the Debtors and Debtor-In-Possession has maintained records of time expended in rendering services for the Debtors and Debtor-In-Possession in connection with this case. Time records were made in the ordinary course of counsel's practices.

8. All of the services for which compensation is requested were performed on behalf of the abovenamed Debtors and Debtor-In-Possession and not on behalf of any committee, creditor, or any other person.

10. Applicant, Christopher M. Frye, Esquire believes that the reasonable value for said professional fees performed by him and Steidl and Steinberg, P.C. is $13,920.00 plus reimbursement of expenses in the amount of $303.00 for a total amount due of $14,223.00. A retainer of $5,000.00 was received prior to the filing of this Chapter 11 case leaving a balance due on $9,223.00.
.

**WHEREFORE**, Applicant prays that an allowance be made to him as in a sum of $13,920.00 plus reimbursement of expenses in the amount of $303.00 for a total amount due of $14,223.00.

                                                            Respectfully submitted,

Dated:  February 16, 2021                    /s/Christopher M. Frye, Esq.
                                                           Christopher M. Frye, Esquire
                                                           PA Attorney I.D. No.
                                                           Suite 2830 Gulf Tower
                                                           707 Grant Street
                                                           Pittsburgh, PA  15219
                                                           412-391-8000
                                                           chris.frye@steidl-steingberg.com
                                                           Applicant, Counsel for Debtors