**Steidl and Steinberg, P.C.**
412-391-8000

February 16, 2021

**Robert Glentzer**
Glentzer, Robert & Karolina
116 Wickerham Dr.
Mars, PA 16046

**Invoice Number: Draft**
Invoice Period: 02-02-2014 - 02-16-2021

Payment Terms: Upon Receipt

**RE: 2019 Chapter 11**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-03-2019 | Christopher Frye | A600 - Correspondence - Follow up phone meeting from initial consultation w/client | 0.50 | 300.00 | 150.00 |
| 01-22-2020 | Christopher Frye | A600 - Correspondence - Meeting to prep Chapter 11 Petition | 1.00 | 300.00 | 300.00 |
| 01-22-2020 | Christopher Frye | A600 - Correspondence - review of email from client re Banker's debt | 0.10 | 300.00 | 30.00 |
| 01-23-2020 | Christopher Frye | A600 - Correspondence - Emails to and from client re signed petition | 0.20 | 300.00 | 60.00 |
| 01-23-2020 | Christopher Frye | A200 - Filing with ECF - Filing of emergency petition | 0.20 | 300.00 | 60.00 |
| 01-23-2020 | Christopher Frye | A600 - Correspondence - Email to client w/proof of filing | 0.10 | 300.00 | 30.00 |
| 01-23-2020 | Christopher Frye | A100 - Document Preparation - Prep of emergency Chapter 11 Petition | 1.10 | 300.00 | 330.00 |
| 01-23-2020 | Christopher Frye | A100 - Document Preparation - Dee/mortgage/lien searches | 0.50 | 300.00 | 150.00 |
| 01-24-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Notice of Appearance of Larry Wahlquist, Esq. | 0.10 | 300.00 | 30.00 |
| 01-24-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Order setting status conf. and scheduling | 0.10 | 300.00 | 30.00 |
| 01-24-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of | 0.10 | 300.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | request for notices by PRA | | | |
| 01-24-2020 | Christopher Frye | A100 - Document Preparation - Prep of Motion to Employ Counsel for Debtor | 1.00 | 300.00 | 300.00 |
| 01-24-2020 | Christopher Frye | A100 - Document Preparation - prep of verified statement of counsel | 0.20 | 300.00 | 60.00 |
| 01-24-2020 | Christopher Frye | A100 - Document Preparation - Prep of hearing notice for Motion to Employ Counsel | 0.40 | 300.00 | 120.00 |
| 01-24-2020 | Christopher Frye | A100 - Document Preparation - Prep of COS re Motion to Employ Counsel | 0.30 | 300.00 | 90.00 |
| 01-24-2020 | Christopher Frye | A100 - Document Preparation - Filing of Motion to Employ Counsel and Hearing Notice and COS | 0.20 | 300.00 | 60.00 |
| 01-27-2020 | Christopher Frye | A600 - Correspondence - Review of email from UST re IDI | 0.10 | 300.00 | 30.00 |
| 01-27-2020 | Christopher Frye | A600 - Correspondence - Review of email from UST re Chapter 11 docs and MOR | 0.10 | 300.00 | 30.00 |
| 01-27-2020 | Christopher Frye | A600 - Correspondence - Email to client re IDI and docs | 0.10 | 300.00 | 30.00 |
| 01-27-2020 | Christopher Frye | A600 - Correspondence - Emails w/client and UST re IDI, docs, and scheduling | 0.20 | 300.00 | 60.00 |
| 01-29-2020 | Christopher Frye | A600 - Correspondence - Emails w/client re Banker's debt and DIP accounts | 0.20 | 300.00 | 60.00 |
| 02-05-2020 | Christopher Frye | A100 - Document Preparation - Prep of docs for UST for IDI | 0.40 | 300.00 | 120.00 |
| 02-05-2020 | Christopher Frye | A100 - Document Preparation - Prep of completed petition and review of tax returns and pay stubs | 1.10 | 300.00 | 330.00 |
| 02-06-2020 | Christopher Frye | A100 - Document Preparation - Finalize completed petition | 0.80 | 300.00 | 240.00 |
| 02-06-2020 | Christopher Frye | A200 - Filing with ECF - Filing of completed petition and tax information | 0.20 | 300.00 | 60.00 |
| 02-06-2020 | Christopher Frye | A600 - Correspondence - Meeting w/client to prep for IDI | 0.50 | 300.00 | 150.00 |
| 02-06-2020 | Christopher Frye | A400 - Appearances in Bankruptcy Court - Attendance at IDI | 1.00 | 300.00 | 300.00 |
| 02-10-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Notice of Appearance by Jerome Blank, Esq. | 0.10 | 300.00 | 30.00 |
| 02-11-2020 | Christopher Frye | A100 - Document Preparation - prep of CNO re Motion | 0.40 | 300.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | to Employ Counsel | | | |
| 02-11-2020 | Christopher Frye | A200 - Filing with ECF - Filing of CNO re motion to employ counsel | 0.10 | 300.00 | 30.00 |
| 02-11-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of 341 Meeting Notice and scheduling | 0.10 | 300.00 | 30.00 |
| 02-11-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of order re claims notices | 0.10 | 300.00 | 30.00 |
| 02-12-2020 | Christopher Frye | A600 - Correspondence - email to client re 341 Meeting | 0.10 | 300.00 | 30.00 |
| 02-12-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of order approving counsel | 0.10 | 300.00 | 30.00 |
| 02-13-2020 | Christopher Frye | A100 - Document Preparation - Prep of COS re order approving counsel | 0.30 | 300.00 | 90.00 |
| 02-13-2020 | Christopher Frye | A200 - Filing with ECF - Filing of COS re Order approving counsel | 0.10 | 300.00 | 30.00 |
| 03-03-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of order re unsecured committee | 0.10 | 300.00 | 30.00 |
| 03-12-2020 | Christopher Frye | A100 - Document Preparation - Review of January and February 2020 MORs | 0.40 | 300.00 | 120.00 |
| 03-12-2020 | Christopher Frye | A200 - Filing with ECF - Filing of Jan and Feb MORs | 0.10 | 300.00 | 30.00 |
| 03-23-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of telephonic info for MOR | 0.10 | 300.00 | 30.00 |
| 03-25-2020 | Christopher Frye | A600 - Correspondence - Meeting with client to prep for MOR | 0.40 | 300.00 | 120.00 |
| 03-25-2020 | Christopher Frye | A400 - Appearances in Bankruptcy Court - Attendance at 341 Meeting | 1.00 | 300.00 | 300.00 |
| 04-23-2020 | Christopher Frye | A100 - Document Preparation - Review of March 2020 MOR | 0.20 | 300.00 | 60.00 |
| 04-23-2020 | Christopher Frye | A200 - Filing with ECF - Filing of March 2020 MOR | 0.10 | 300.00 | 30.00 |
| 04-29-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Motion for relief by Wells Fargo | 0.20 | 300.00 | 60.00 |
| 04-30-2020 | Christopher Frye | A100 - Document Preparation - Prep of in Court Status Conf. | 0.30 | 300.00 | 90.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 04-30-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Attendance at in Court Status Conf. | 1.00 | 300.00 | 300.00 |
| 05-11-2020 | Christopher Frye | A600 - Correspondence - Email from client re status updates | 0.10 | 300.00 | 30.00 |
| 05-22-2020 | Christopher Frye | A600 - Correspondence - Email to client re Chapter 11 Plan prep | 0.10 | 300.00 | 30.00 |
| 05-26-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of CNO filed by Wells Fargo | 0.10 | 300.00 | 30.00 |
| 05-27-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Wells Fargo Relief Order | 0.10 | 300.00 | 30.00 |
| 06-23-2020 | Christopher Frye | A100 - Document Preparation - Review of June 2020 MOR | 0.20 | 300.00 | 60.00 |
| 06-23-2020 | Christopher Frye | A200 - Filing with ECF - Filing of June 2020 MOR | 0.10 | 300.00 | 30.00 |
| 07-28-2020 | Christopher Frye | A100 - Document Preparation - Review of July 2020 MOR | 0.20 | 300.00 | 60.00 |
| 07-28-2020 | Christopher Frye | A200 - Filing with ECF - Filing of July 2020 MOR | 0.10 | 300.00 | 30.00 |
| 07-29-2020 | Christopher Frye | A600 - Correspondence - Review of email from UST re MORs | 0.10 | 300.00 | 30.00 |
| 07-31-2020 | Christopher Frye | A600 - Correspondence - Emails w/counsel for Wells Fargo re Chapter 11 Plan | 0.20 | 300.00 | 60.00 |
| 08-11-2020 | Christopher Frye | A600 - Correspondence - Phone meeting w/client re Chapter 11 Plan | 0.70 | 300.00 | 210.00 |
| 08-11-2020 | Christopher Frye | A600 - Correspondence - Email from UST re quarterly fees | 0.10 | 300.00 | 30.00 |
| 08-11-2020 | Christopher Frye | A600 - Correspondence - Call w/PA Revenue counsel re claim and plan | 2.00 | 300.00 | 600.00 |
| 08-13-2020 | Christopher Frye | A100 - Document Preparation - Review and filing of April and May and June 2020 MORs | 0.40 | 300.00 | 120.00 |
| 08-18-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of order setting status conf. | 0.10 | 300.00 | 30.00 |
| 08-21-2020 | Christopher Frye | A100 - Document Preparation - Review of claims and MOR's and consolidation for D/S and Plan | 0.70 | 300.00 | 210.00 |
| 08-24-2020 | Christopher Frye | A100 - Document Preparation - Begin prep of D/S | 1.50 | 300.00 | 450.00 |

Exhibit 3 - Breakdown of Hours    Page 4 of 8

DRAFT

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-24-2020 | Christopher Frye | A100 - Document Preparation - Begin prep of Chapter 11 Plan | 1.90 | 300.00 | 570.00 |
| 08-25-2020 | Christopher Frye | A600 - Correspondence - Emails w/client and UST re insurance | 0.20 | 300.00 | 60.00 |
| 08-25-2020 | Christopher Frye | A100 - Document Preparation - Finalize Chapter 11 Plan | 1.00 | 300.00 | 300.00 |
| 08-25-2020 | Christopher Frye | A100 - Document Preparation - Finalize D/S | 1.20 | 300.00 | 360.00 |
| 08-25-2020 | Christopher Frye | A100 - Document Preparation - Prep of Chapter 11 Plan Summary | 1.00 | 300.00 | 300.00 |
| 08-25-2020 | Christopher Frye | A600 - Correspondence - Emails w/clients re approval for Plan and D/S | 0.20 | 300.00 | 60.00 |
| 08-25-2020 | Christopher Frye | A200 - Filing with ECF - Filing of Plan, D/S, Summary and Exhibits | 0.30 | 300.00 | 90.00 |
| 08-26-2020 | Christopher Frye | A400 - Appearances in Bankruptcy Court - Attendance at Status Conf. in court | 1.00 | 300.00 | 300.00 |
| 08-27-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Order scheduling hearing on D/S | 0.10 | 300.00 | 30.00 |
| 08-31-2020 | Christopher Frye | A100 - Document Preparation - Prep of COS re D/S | 0.40 | 300.00 | 120.00 |
| 08-31-2020 | Christopher Frye | A200 - Filing with ECF - Filing of COS re D/S | 0.10 | 300.00 | 30.00 |
| 09-10-2020 | Christopher Frye | A100 - Document Preparation - Review of July 2020 MOR | 0.20 | 300.00 | 60.00 |
| 09-10-2020 | Christopher Frye | A200 - Filing with ECF - Filing of July 2020 MOR | 0.10 | 300.00 | 30.00 |
| 09-16-2020 | Christopher Frye | A600 - Correspondence - Review of IRS stip and email to client | 0.20 | 300.00 | 60.00 |
| 09-22-2020 | Christopher Frye | A600 - Correspondence - Email w/IRS re stip and filing | 0.10 | 300.00 | 30.00 |
| 09-23-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Order approving IRS Stip | 0.10 | 300.00 | 30.00 |
| 09-29-2020 | Christopher Frye | A100 - Document Preparation - Review of August 2020 MOR | 0.20 | 300.00 | 60.00 |
| 09-29-2020 | Christopher Frye | A200 - Filing with ECF - Filing of August 2020 MOR | 0.10 | 300.00 | 30.00 |
| 10-06-2020 | Christopher Frye | A100 - Document Preparation - Prep for D/S hearing | 0.40 | 300.00 | 120.00 |
| 10-06-2020 | Christopher Frye | A400 - Appearances in Bankruptcy Court - Attendance | 1.00 | 300.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | at D/S hearing | | | |
| 10-06-2020 | Christopher Frye | A600 - Correspondence - Email to client re D/S hearing | 0.10 | 300.00 | 30.00 |
| 10-07-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of D/S Order and scheduling | 0.10 | 300.00 | 30.00 |
| 10-07-2020 | Christopher Frye | A100 - Document Preparation - Prep of Ballots for Voting | 0.90 | 300.00 | 270.00 |
| 10-07-2020 | Christopher Frye | A100 - Document Preparation - Prep of voting packages for creditors | 1.10 | 300.00 | 330.00 |
| 10-07-2020 | Christopher Frye | A100 - Document Preparation - Prep of COS re D/S order and Plan and ballots | 0.40 | 300.00 | 120.00 |
| 10-07-2020 | Christopher Frye | A200 - Filing with ECF - Filing of COS re D/S order and Plan and ballots | 0.10 | 300.00 | 30.00 |
| 10-29-2020 | Christopher Frye | A100 - Document Preparation - Review of September 2020 MOR | 0.10 | 300.00 | 30.00 |
| 10-29-2020 | Christopher Frye | A200 - Filing with ECF - Filing of September 2020 MOR | 0.10 | 300.00 | 30.00 |
| 11-04-2020 | Christopher Frye | A600 - Correspondence - Review of email w/ballot from creditor | 0.10 | 300.00 | 30.00 |
| 11-10-2020 | Christopher Frye | A100 - Document Preparation - Prep of Ballot Summary | 0.60 | 300.00 | 180.00 |
| 11-10-2020 | Christopher Frye | A200 - Filing with ECF - Filing of Ballot Summary | 0.10 | 300.00 | 30.00 |
| 11-16-2020 | Christopher Frye | A100 - Document Preparation - Prep and filing of Confirmation Order | 0.30 | 300.00 | 90.00 |
| 11-17-2020 | Christopher Frye | A100 - Document Preparation - Prep for Plan Conf. hearing | 0.50 | 300.00 | 150.00 |
| 11-17-2020 | Christopher Frye | A400 - Appearances in Bankruptcy Court - Attendance at Plan Conf. hearing | 1.00 | 300.00 | 300.00 |
| 11-18-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Order approving Plan | 0.10 | 300.00 | 30.00 |
| 11-18-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Post Conf. Order and scheduling | 0.20 | 300.00 | 60.00 |
| 11-19-2020 | Christopher Frye | A600 - Correspondence - Call w/client re payments and next steps | 0.40 | 300.00 | 120.00 |

DRAFT

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-20-2020 | Christopher Frye | A100 - Document Preparation - Prep of COS re Post-Conf. Order | 0.30 | 300.00 | 90.00 |
| 11-20-2020 | Christopher Frye | A200 - Filing with ECF - Filing  of COS re Post-Conf. Order | 0.10 | 300.00 | 30.00 |
| 11-27-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Entry of Appearance of Mario Hanyon, Esq. | 0.10 | 300.00 | 30.00 |
| 12-29-2020 | Christopher Frye | A200 - Filing with ECF - Request Clerk's Cert of Costs | 0.10 | 300.00 | 30.00 |
| 12-29-2020 | Christopher Frye | A100 - Document Preparation - prep of Post Conf. Status Report | 0.60 | 300.00 | 180.00 |
| 12-29-2020 | Christopher Frye | A200 - Filing with ECF - Filing of Post Conf. Status Report | 0.10 | 300.00 | 30.00 |
| 12-30-2020 | Christopher Frye | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Review of Clerk's Cert of Costs | 0.10 | 300.00 | 30.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - Prep of Application for Compensation for Counsel | 2.50 | 300.00 | 750.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - Prep of hearing notice re  Application for Compensation for Counsel | 0.30 | 300.00 | 90.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - Prep of COS re Application for Compensation for Counsel | 0.20 | 300.00 | 60.00 |
| 02-16-2021 | Christopher Frye | A200 - Filing with ECF - Filing of Application for Compensation for Counsel  and Hearing Notice | 0.20 | 300.00 | 60.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - Prep of Motion for Final Decree | 1.00 | 300.00 | 300.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - Prep of Hearing Notice of Motion for Final Decree | 0.30 | 300.00 | 90.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - Prep of Report for Judges | 0.20 | 300.00 | 60.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - Prep of COS re Motion for Final Decree | 0.20 | 300.00 | 60.00 |
| 02-16-2021 | Christopher Frye | A200 - Filing with ECF - FIling of Motion for Final Decree and Hearing Notice | 0.20 | 300.00 | 60.00 |
| 02-16-2021 | Christopher Frye | A100 - Document Preparation - FUTURE prep of CNO's for App for Compensation and Final Decree and/or attendance at hearings | 1.00 | 300.00 | 300.00 |
| | | Total | | | 13,920.00 |

**Time Summary**

| Professional | Hours | Amount |
|---|---|---|
| Christopher Frye | 46.40 | 13,920.00 |
| **Total** | | 13,920.00 |

| | |
|---|---|
| **Total for this Invoice** | 13,920.00 |

